# United States District Court
## Eastern District of California

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL COMPLAINT** |
| V. | |
| **GABOR MADL** | **DOCKET NUMBER:** |
| | 6:20-mj-00015 JDP |

I, legal officer Sean Anderson, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.   In Yosemite National Park, in the Eastern District of California, Gabor MADL, did:

**Count 1:** Deliver or retrieve a person or object by parachute, helicopter, or other airborne means, except in emergencies involving public safety or serious property loss, or pursuant to the terms and conditions of the helicopter, in violation of Title 36 Code of Federal Regulations §2.17(a)(3)
**Maximum penalty: 6 months imprisonment and/or $5,000 fine**

**Count 2:** Fail to obey a lawful order in violation of Title 36 Code of Federal Regulations §2.32(a)(2)
**Maximum penalty: 6 months imprisonment and/or $5,000 fine**

I further state I am the legal officer and this complaint is based on the following facts and information supplied to me by National Park Service Law Enforcement Rangers.

While on patrol in Yosemite National Park, at approximately 10:35 p.m., Ranger B. Latham overheard Ranger B. Vollmer call into Yosemite park dispatch via park radio that she witnessed two parachutes that appeared to have been BASE jumpers from Upper Yosemite Falls Wall. Ranger Vollmer was on foot at Chapel Straight talking with visitors looking at a black bear when she observed the two parachutes.

Ranger Vollmer stated on the park radio the two people with parachutes landed on the north side of the Merced River across from Chapel Straight. Ranger Latham responded in his patrol vehicle from Superintendent's Straight to a parking area on the north side of the valley and Merced river near Liedig Meadow and Yosemite Lodge.

Ranger Latham observed one individual on a large sand bar on the north side of the Merced river with a light-colored shirt making repeated motions of stuffing something into a large backpack.

Speedy Trial Act Applies: **No**                                                          U.S. v. Gabor MADL
                                                                                                              Criminal Complaint

The packing motion was consistent with packing a parachute. After packing, the individual picked up and put the large backpack on their back and began walking in Ranger Latham's direction.

While waiting and observing the individual in the light-colored shirt, Ranger Latham observed a second individual walking in Ranger Latham's direction approximately 25 yards away, in a meadow next to the river. Ranger Latham observed the second individual in darker clothing carrying a large dark colored backpack that appeared to be packed full.

As the second individual walked through a group of trees approximately 15 yards from Ranger Latham's location, Ranger Latham stated, "Hello Park Ranger". The individual looked up at Ranger Latham, did not make any verbal statements, turned and began to run southeast through a meadow area. Ranger Latham shouted, "Park Ranger stop". This individual, later identified as Gabor MADL, continued to run with multiple requests from Ranger Latham shouting "Park Ranger stop".

After approximately 100 yards of running behind MADL, Ranger Latham observed MADL remove the large dark colored backpack he was carrying and throw it to the ground while he continued to run. MADL continued to run approximately 30 yards further before tripping and falling in the meadow. Ranger Latham caught up to MADL and asked him to "stop running, stay on the ground". MADL shook his head and stated, "I'm done, I'm not going to run." Ranger Latham advised Yosemite dispatch and Rangers Vollmer and McComb he had one in custody and to continue to search for the second individual who ran.

In the meadow, MADL was detained in handcuffs under reasonable suspicion for BASE jumping and failure to obey a lawful order. While walking back through the meadow with MADL, Ranger Latham stopped and picked up the large dark colored backpack which Ranger Latham witnessed MADL discard while running.

Back at the parking lot and out of the meadow vegetation, Ranger Latham observed MADL had unusually sized bulges on both sides of his upper thighs, in the area of his front pockets and in the area of his crotch. Ranger Latham conducted a weapons search of MADL before placing him into the back of Ranger McComb's patrol vehicle while detained for investigation.

Due to the strange looking bulk of his pants Ranger Latham asked MADL if he was wearing two pair of pants, MADL stated, "It's like a bag under my pants". MADL stated, "if you pull down my pants you'll see". The search under his pants revealed an empty 20L backpack with the bulk of the backpack wrapping around the top of both his thighs and under his crotch.

Speedy Trial Act Applies: **No**                                U.S. v. Gabor MADL
                                                                Criminal Complaint

I declare under penalty of perjury the information which I have set forth above and on the face of this criminal complaint is true to the best of my knowledge.

 September 22, 2020   /s/Sean O Anderson
Date Sean O. Anderson
Legal Officer
Yosemite National Park, CA

Sworn to before me and subscribed in my presence in Yosemite National Park, California.

Affidavit submitted by email/pdf and attested to me as true and accurate by telephone consistent with Fed.R.Crim. P. 4.1 before me this 22 day of (Month, Year). September, 2020

9/22/20
Date Honorable Jeremy D. Peterson
U. S. Magistrate Judge
Eastern District of California

Speedy Trial Act Applies: **No**   U.S. v. Gabor MADL
Criminal Complaint