# UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**APPEARANCE**

Case Number: __6:20-mj-00015__

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

_____GABOR MADL_____ .
(Defendant's Name)

I certify that I am admitted to practice in this court.

Date: October 16, 2020

/s/ CAROL ANN MOSES
Signature

CAROL ANN MOSES
Print Name

164193
State Bar Number

7636 N. Ingram, Suite 104
Address

Fresno                                          93711
City                                            Zip Code

(559)-449-9069
Phone Number

Carol@yosemitelawyer.com
E-Mail Address

☐  Appointed
X  Retained