1   **CAROL ANN MOSES  #164193**
Attorney at Law
2   7636 N. Ingram Ave., #104
Fresno, California  93711
3   Telephone:  (559) 449-9069
Facsimile:   (559) 513-8530
4   carol@yosemitelawyer.com

5   Attorney for Defendant,
GABOR MADL
6

7               UNITED STATES DISTRICT COURT

8               EASTERN DISTRICT OF CALIFORNIA

9

10  UNITED STATES OF AMERICA,          )     CASE NO. 6:20-mj-00015
                                       )
11                  Plaintiff,         )     STIPULATION TO CONTINUE GABOR
                                       )     MADL'S INITIAL APPEARANCE TO
12  vs.                                )     JANUARY 12, 2021; [PROPOSED]
                                       )     ORDER THEREON
13                                     )
                                       )     Date:   January 12, 2021 (Proposed)
14  GABOR MADL,                        )     Time:   10:00 AM
                                       )     Judge: Jeremy D. Peterson
15                                     )
                    Defendant.         )
16  _____)

17

18          **IT IS HEREBY STIPULATED** by and between the Defendant, GABOR MADL, his

19  attorney of record, CAROL ANN MOSES, and Yosemite Legal Officer, SEAN O. ANDERSON

20  that the Initial Appearance in the above-captioned matter currently scheduled for November 17,

21  2020 at 10:00 AM be continued to January 12, 2021 at 10:00 AM.

22          The government has no objection.

23          Based on an incident that occurred July 15, 2020, a complaint was filed alleging that Mr.

24  Madl committed the following acts: 36 C.F.R. § 2.17(a)(3) – deliver a person or object by

25  parachute, helicopter, or other airborne means, except in emergencies involving public safety or

26  serious property loss, or pursuant to the terms and conditions of the helicopter and 36 CFR §

27  2.32(a)(2) – failure to obey a lawful order.

28  ///

Defense Counsel has a conflict on the currently scheduled date with a separate matter's pretrial in the Superior Court of California in Madera, County. Defense Counsel respectfully requests additional time to complete her responsibilities in the Superior Court, so she can have ample time to review Mr. Madl's case and provide him with the appropriate attention his case needs.

Mr. Madl respectfully requests a continuance of his Initial Appearance in Case No. 6:20-mj-00015 from November 17, 2020 at 10:00 AM to January 12, 2021 at 10:00 AM.

Dated: October 30, 2020          /s/ Carol Ann Moses
                                           CAROL ANN MOSES
                                           Attorney for Defendant,
                                           GABOR MADL

Dated: October 30, 2020          /s/ Sean O. Anderson
                                             SEAN O. ANDERSON
                                           Yosemite Legal Officer

## [PROPOSED] ORDER

GOOD CAUSE APPEARING, the above request to continue the Initial Appearance in Case No. 6:20-mj-00015 from November 17, 2020 at 10:00 AM to January 12, 2021 at 10:00 AM is hereby accepted and adopted as the order of this Court.

IT IS SO ORDERED.

Dated: _____      _____
                                             HON. JEREMY D. PETERSON
                                             UNITED STATES MAGISTRATE JUDGE