# IN THE UNITED STATES DISTRICT COURT
## For The
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 6:20-mj-00015 |
| ) | |
| Plaintiff, ) | **DEFENDANT'S STATUS REPORT ON** |
| v. ) | **UNSUPERVISED PROBATION** |
| ) | |
| GABOR MADL, ) | |
| ) | |
| Defendant. ) | |
| ) | |

PURSUANT to an order of this Court the Defendant hereby submits its status report on unsupervised probation:

**Convicted of:** 36 CFR 2.17(a)(3)

**Sentence Date:** June 5, 2024

**Review Hearing Date:** May 13, 2025

**Probation Expires On:** June 5, 2024

## *CONDITIONS OF UNSUPERVISED PROBATION:*

☒ **Obey all federal, state and local laws**; and

☒ **Monetary Fines & Penalties in Total Amount of:** $360 which Total Amount is made up of a Fine: $ 350 Special Assessment: $ 10    Processing Fee: $ Choose an item. Restitution: $

☒ Payment schedule of $          per month by the          of each month. Due by March 5, 2025

☐ **Community Service hours Imposed of:**

☒ **Other Conditions:** Report to US Marshals Office in Fresno for booking

## *COMPLIANCE:*

☒ Defendant has complied with and completed <u>all</u> conditions of probation described-above.

**Otherwise:**

☒ Defendant has not been arrested, cited or charged with any federal, state or local criminal offenses since being placed on probation by this Court.

If so, describe arrest/charge/citation (location, court, date & offense): Click here to enter text.

☒ To date, Defendant has paid a total of $ 360
☐ If not paid in full when was last time payment:    Date: Click here to enter a date.
   Amount:

☐ To date, Defendant has performed Click here to enter text. hours of community service.

☒ Compliance with Other Conditions of Probation: Obeyed all laws

**GOVERNMENT'S POSITION:**

☒ The Government agrees to the above-described compliance.

☐ The Government disagrees with the following area(s) of compliance:

Government Attorney: Briana Vollmer

**DEFENDANT'S REQUEST (OPTIONAL):**

In light of the information detailed in this status report, the defendant moves for the following:

☒ that the review hearing set for Click here to enter a date. at   Choose an item.

    ☐ be continued to Click here to enter a date. at 10:00 a.m.; or

    ☒ be vacated; and probation terminated early.

☐ that Defendant's appearance for the review hearing be waived.

DATED: 4/10/2025

/Carol Ann Moses/
DEFENDANT'S COUNSEL

# O R D E R

The Court having considered the defendant's request,

**IT IS HEREBY ORDERED** that the Defendant's request is:

☐ GRANTED. The Court orders that Choose an item.

☐ DENIED.

DATED: _____

_____
**HELENA M. BARCH-KUCHTA**
United States Magistrate Judge